

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00571-CV

**THE CITY OF HELOTES**, Tom Schoolcraft, Rick Schroder, and Ernest Cruz,
Appellant

v.

**CONTINENTAL HOMES OF TEXAS, LP**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18405
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ordered that Continental Homes of Texas recover any costs of appeal from the City of Helotes.

SIGNED June 1, 2016.

_____
Jason Pulliam, Justice